UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS NAGLE,

      Plaintiff,

                        Case No. 1:05-cv-618

v.

                        Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 4, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is AFFIRMED. Plaintiff's claim for Disability Insurance Benefits is denied.

Dated:  June 29, 2006                                            /s/ Wendell A. Miles
                                                                    Wendell A. Miles
                                                                      Senior U.S. District Judge